UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM BOND,

    Plaintiff,

v.                                     Case No. 09-CV-11699-DT

U.S. MANUFACTURING CORPORATION,

    Defendant.
                                              /

**ORDER SETTING HEARING FOR PLAINTIFF'S MOTION TO COMPEL AND
GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE COUNTERCLAIM**

    Before the court are two motions.  First, Plaintiff William Bond's September 22, 2009 motion to compel to which Defendant U.S. Manufacturing Corporation has filed a response brief.  The court will set a hearing for the motion for October 19, 2009 at 2:00 p.m.  Also pending before the court is Defendant's unopposed motion for leave to file a counterclaim.  Because Plaintiff has concurred in Defendant's request to file a counterclaim and because the court is persuaded that Defendant has met the requirements of Federal Rules of Civil Procedure 13 and 15, the court will grant the motion.  Accordingly,

    IT IS ORDERED that the court will conduct a hearing on Plaintiff's motion to compel [Dkt. # 14] on **October 19, 2009 at 2:00 p.m.**

    IT IS FURTHER ORDERED that Defendant's motion for leave to file a counterclaim is GRANTED and Defendant shall file its counterclaim by **October 15,**

**2009**, and Plaintiff shall file his answer to Defendant's counterclaim by **October 29,**

**2009.**

                                               S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DIS-TRICT JUDGE

Dated: October 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 9, 2009, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522