**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WILLIAM BOND,

       Plaintiff,

v.                                                          Case No. 09-CV-11699-DT

U.S. MANUFACTURING CORPORATION,

       Defendant.

                                   /

**ORDER IMPOSING OBLIGATIONS ON ATTORNEY JOHN E. WALUS**

By separate order, the court has granted Attorney John E. Walus's motion to withdraw as counsel for Plaintiff William Bond. As expressed at the December 9, 2009 hearing, while the court is allowing Attorney Walus to withdraw, the court also will impose certain obligations on him in order to assist in the continuation of this litigation.

IT IS ORDERED that Attorney John E. Walus shall:

(1)    Contact the court's case manager at (313) 234-5525, on or before **December 18, 2009**, to provide her with Plaintiff's telephone number and mailing address. In the event Plaintiff elects to proceed pro se, the court will need this information to notify him of any court proceedings and to provide copies of court orders;

(2)    Provide to Plaintiff, immediately, a copy of this order as well as the court's order granting counsel's motion to withdraw;

(3)    Make available to Plaintiff a copy of all important portions of his case file. Counsel shall have the materials ready for pick-up at his office on or before **December 18, 2009.** Additionally, while not

specifically required, the court encourages counsel to draft a cover

memorandum to any subsequent attorney who may represent

Plaintiff, highlighting any significant matters of interest in the case,

without impinging on the attorney-client privilege.


                 S/Robert H. Cleland
                 ROBERT H. CLELAND
                 UNITED STATES DIS-TRICT JUDGE

Dated:  December 11, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, December 11, 2009, by electronic and/or ordinary mail.

                 S/Lisa Wagner
                 Case Manager and Deputy Clerk
                 (313) 234-5522