**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WILLIAM BOND,

    Plaintiff,

v.                                                Case No. 09-CV-11699-DT

U.S. MANUFACTURING CORPORATION,

    Defendant.
                                                   /

**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION FOR WITHDRAWAL,
SUSPENDING PROCEEDINGS, AND SETTING DEADLINES**

Before the court is a motion to withdraw as counsel, filed by Plaintiff's attorney John E. Walus. The motion has been fully briefed[1] and the court conducted a hearing on the motion on December 9, 2009. For the reasons stated fully on the record, the motion will be granted. A separate order will issue imposing certain obligations on Attorney Walus. The court will also temporarily suspend all court proceedings and current deadlines in order to allow Plaintiff sufficient time to find substitute counsel. After substitute counsel files an appearance, and after the parties have had an opportunity to confer on the next stage of proceedings, the court will conduct a status conference to set any deadlines on certain outstanding issues, including the filing of witness lists, an answer to the counter-claim, any dispositive motions, possible (and likely subsequent) motions for sanctions, or, potentially, settlement documents. Accordingly,

---

[1] Defendant also filed a motion for leave to file a sur-reply, which are generally not allowed under the local rules. *See* E.D. Mich. LR 7.1(c)(1)(A). Because the court does not require additional briefing, the court will deny the motion by a text-entry order.

IT IS ORDERED that Plaintiff's counsel's motion for withdrawal [Dkt # 21] is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall have until **January 15, 2010** to find substitute counsel.  Upon filing an appearance, substitute counsel is DIRECTED to contact Defendant's counsel to discuss the next stage of proceedings.  If no attorney has filed an appearance by **January 15, 2010**, Plaintiff shall be deemed to be proceeding pro se.

Finally, IT IS ORDERED that all proceedings in this case are SUSPENDED until further order of the court.  Counsel, which includes Plaintiff only if he is proceeding pro se, are DIRECTED to appear for a status conference on **January 25, 2010 at 2:30 p.m.** After consultation with counsel, the court will issue an order setting forth remaining deadlines.

    S/Robert H. Cleland  
    ROBERT H. CLELAND  
    UNITED STATES DIS-TRICT JUDGE

Dated:  December 11, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 11, 2009, by electronic and/or ordinary mail.

    S/Lisa Wagner  
    Case Manager and Deputy Clerk  
    (313) 234-5522