**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WILLIAM BOND,

    Plaintiff,

v.                                                          Case No. 09-CV-11699-DT

U.S. MANUFACTURING CORPORATION,

    Defendant.

_____/

**ORDER ADJOURNING DEADLINES**

On January 13, 2010, the court conducted a telephone conference, on the record, regarding the impending deadlines in this matter.  For the reasons stated on the record, the court will allow Plaintiff an additional two weeks to obtain counsel and will also adjourn the January 25, 2010 conference for about two weeks.  As expressed in the court's December 11, 2009 order, after substitute counsel files an appearance, and after the parties have had an opportunity to confer on the next stage of proceedings, the court will conduct a status conference to set any deadlines on certain outstanding issues, such as the filing of witness lists, an answer to the counterclaim, any dispositive motions, possible motions for sanctions, or settlement documents.  In the meantime, all court-supervised proceedings--including any deadlines for filing answers, witness lists, or motions--remain suspended.  (*See* 12/11/09 Order at 2.)  Accordingly,

IT IS ORDERED that Plaintiff shall have until **February 1, 2010** to find substitute counsel.  Upon filing an appearance, substitute counsel is DIRECTED to contact Defendant's counsel to discuss the next stage of proceedings.  If no attorney has filed an appearance by **February 1, 2010**, Plaintiff shall be deemed to be proceeding pro se.

IT IS FURTHER ORDERED that counsel, which includes Plaintiff only if he is proceeding pro se, are DIRECTED to appear for a status conference on **February 16, 2010 at 3:00 p.m.**  After the status conference, the court will issue an order setting forth remaining deadlines.[1]

       S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DIS-TRICT JUDGE

Dated:  January 15, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 15, 2010, by electronic and/or ordinary mail.

       S/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522

---

[1] In the event the court determines a status conference is unnecessary, the court will issue a scheduling order in advance of the conference and cancel the conference.