**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WILLIAM BOND,

    Plaintiff,

v.                                                  Case No. 09-CV-11699-DT

U.S. MANUFACTURING CORPORATION,

    Defendant.
                                                        /

**ORDER DENYING PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL**

Before the court is Plaintiff William Bond's January 27, 2010 "Application for Appointment of Counsel Financial Affidavit." The court discussed the application during the February 18, 2010 telephone conference, which was conducted on the record.

The court will deny the application. There is no constitutional right to appointed counsel in a civil case, *Childs v. Pellegrin*, 822 F.2d 1382 (6th Cir. 1987) and, as a general rule, counsel will only be appointed under 28 U.S.C. § 1915(e) in exceptional circumstances, *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Here, the court does not find exceptional circumstances warranting appointment. Moreover, unlike in criminal cases, the court does not have at its disposal a roster of attorneys who the court can "appoint" to represent a civil party. At the most, the court could only *request* an attorney under 28 U.S.C. § 1915(e) to represent Plaintiff at no cost. The court is not persuaded that such a request is merited in this case, and Plaintiff's application to appoint counsel will thus be denied.

Accordingly, IT IS ORDERED that Plaintiff's January 27, 2010 "Application for Appointment of Counsel Financial Affidavit" [Dkt. # 33] is DENIED.

                    S/Robert H. Cleland
                    ROBERT H. CLELAND
                    UNITED STATES DIS-TRICT JUDGE

Dated: February 18, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 18, 2010, by electronic and/or ordinary mail.

                    S/Lisa Wagner
                    Case Manager and Deputy Clerk
                    (313) 234-5522