**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WILLIAM BOND,

        Plaintiff,

v.                                  Case No. 09-CV-11699-DT

U.S. MANUFACTURING CORPORATION,

        Defendant.
                                          /

**ORDER DENYING AS MOOT
DEFENDANT'S MOTION TO STRIKE EXPERT WITNESSES**

Before the court is Defendant's motion to strike expert witnesses, filed on April 20, 2010. An expedited response was filed on April 29, 2010, and the court conducted a telephonic hearing on the motion on April 30, 2010. In its motion, Defendant seeks to strike five witnesses listed as experts on Plaintiff's March 15, 2010 witness list: Dr. Sayeed Khan; Dr. Martin Kornblum; Dr. Charles Skardarasy; Dr. Weiner Seymour; and Adrienne Wheeler. For the reasons stated on the record, however, these witnesses are not expert witnesses and will only be presented (and be allowed to testify) as lay witnesses. Accordingly, and as further discussed on the record, the court will deny Defendant's motion as moot.

IT IS ORDERED that Defendant's motion to strike expert witnesses [Dkt. # 43] is DENIED AS MOOT.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DIS-TRICT JUDGE

Dated: May 4, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 4, 2010, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\09-11699.BOND.DenyMotionStrike.wpd

2